**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE RUTH BERMUDEZ MONTENEGRO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSHUA ANGEL TORRES,<br><br>　　　　　Defendant. | Case No. 22CR0857-RBM<br><br>**ORDER CONTINUING**<br>**SENTENCING HEARING** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the *Sentencing Hearing* in this case be continued from October 7, 2022 at 9:00 a.m. to November 18, 2022 at 9:00 a.m., for the reasons set forth in the Joint Motion. Time is excluded in the interest of justice, under the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

**SO ORDERED.**

Dated: 9/29/2022

_____
**HONORABLE RUTH BERMUDEZ MONTENEGRO**
United States District Judge